IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: **Thomas Long III**<br>**Nakita T. Long**<br>　　　　　**Debtors**<br><br>**U.S. Bank National Association, as Trustee**<br>**MERRILL LYNCH FIRST FRANKLIN**<br>**MORTGAGE LOAN TRUST, MORTGAGE LOAN**<br>**ASSET-BACKED CERTIFICATES, SERIES 2007-4**<br>**FHA/VA/RHS: Nationstar Mortgage LLC**<br>　　　　　**Movant**<br>　　　　vs.<br><br>**Thomas Long III**<br>**Nakita T. Long**<br>　　　　　**Debtors**<br><br>**Charles J. DeHart, III Esq.**, **(Trustee)** | BK NO. 16-01851 MDF<br><br>Chapter 13<br><br>Pleading: Motion for Relief from Stay |

## REQUEST TO REMOVE FROM THE HEARING LIST

CHECK ONE:

☐　The undersigned hereby withdraws the above-identified pleading with the consent of the opposition, if any.

■　The undersigned counsel certifies as follows:

(1)　A settlement has been reached which will be reduced to writing, executed and filed within forty-five (45) days.

(2)　If a stipulation is not filed or a hearing requested within forty-five (45) days, it is understood that this proceeding will be dismissed without prejudice.

(3)　Contemporaneous with the filing for this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: October 14, 2016　　　　　　　　　**/s/ Joshua I. Goldman, Esquire**　　　
　　　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney for Moving Party
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.