# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| THOMAS LONG, III<br>NAKITA T LONG, | Chapter: 13 |
| Debtor(s) | Case Number: 1:16-bk-01851 |
| U.S. BANK NATIONAL ASSOCIATION, | Document No.: 35 |
| Movant(s)<br>vs.<br>THOMAS LONG, III<br>NAKITA T LONG AND<br>CHARLES J. DEHART, III, ESQUIRE<br>(TRUSTEE), | Nature of Proceeding: **Motion for Relief from Automatic Stay** |
| Respondent(s) | |

## ORDER

Upon consideration of Request to Remove from the Hearing List filed by the parties indicating that a settlement has been reached and a stipulation will be filed, it is hereby

ORDERED, if a stipulation or a request to relist matter for hearing is not filed by November 28, 2016, the Court may deny this Motion without further notice.

FURTHER ORDERED that the hearing previously scheduled on the Motion for Relief from Automatic Stay for October 18, 2016, is hereby CANCELLED.

By the Court,

_Mary D. France_
Bankruptcy Judge
(JG)

Date: October 17, 2016