# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas Long, III and Nakita T Long <br> Debtor(s) | BKY. NO. 16-01851 MDF <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4 FHA/VA/RHS: Nationstar Mortgage LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3810

                                                                                          Respectfully submitted,

                                                                           **/s/ Thomas Puleo**
                                                                           Thomas Puleo, Esquire
                                                                           James C. Warmbrodt, Esquire
                                                                           KML Law Group, P.C.
                                                                           701 Market Street, Suite 5000
                                                                           Philadelphia, PA 19106-1532
                                                                           (215) 825-6306  FAX (215) 825-6406
                                                                           Attorney for Movant/Applicant