UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Thomas Long, III and Nakita T. Long, Debtors. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER 16-01851/MDF |
| U.S. Bank National Association, as Trustee, successor to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2007-A, Mortgage Pass-Through Certificates, Series 2007-A,<br>　　　　　　Movant,<br>v.<br><br>Thomas Long, III and Nakita T. Long,<br>　　Respondents/Debtors,<br><br>Charles J. DeHart, III<br>　　Additional Respondent. | |

## PRAECIPE

To The Clerk, United States Bankruptcy Court:

　　Kindly withdraw, without prejudice, Movant, U.S. Bank National Association, as Trustee, successor to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2007-A, Mortgage Pass-Through Certificates, Series 2007-A's Objection to Confirmation of Chapter 13 Plan filed with the Court on November 9, 2016.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: January 24, 2017　　　　　　　　　BY:/s/ Kevin S. Frankel
　　　　　　　　　　　　　　　　　　　　Kevin S. Frankel, Esquire
　　　　　　　　　　　　　　　　　　　　Shapiro & DeNardo, LLC
　　　　　　　　　　　　　　　　　　　　3600 Horizon Drive, Suite 150
　　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　　　　(610)278-6800/ fax (847) 954-4809
S&D File #:16-053182　　　　　　　　　　PA BAR ID #318323
　　　　　　　　　　　　　　　　　　　　pabk@logs.com