| | |
|---|---|
| In re: Thomas Long, III and Nakita T. Long,<br>    Debtors. | CHAPTER 13 |
| U.S. Bank National Association, as Trustee, successor to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2007-A, Mortgage Pass-Through Certificates, Series 2007-A,<br>    Movant,<br>v.<br>Thomas Long, III and Nakita T. Long,<br>    Debtors,<br>Charles J. DeHart, III, Trustee,<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER 16-01851/MDF<br><br>11 U.S.C. § 362 |

**ORDER**

AND NOW, this _____ day of _____, 2016, it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made an Order of this Court.

BY THE COURT:

_____
HONORABLE MARY D. FRANCE
UNITED STATES BANKRUPTCY JUDGE