```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                            Case No. 16-01851-RNO
Thomas Long, III                                                  Chapter 13
Nakita T Long
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: JGoodling          Page 1 of 1          Date Rcvd: Apr 06, 2017
                               Form ID: orcnfpln        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2017.
db/jdb         +Thomas Long, III,   Nakita T Long,   85 Joshua Drive,   York, PA 17404-8636

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association, as Trustee MERRILL
               LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4
               FHA/VA/RHS: Nationstar Mortgage LLC bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage, LLC pa-bk@logs.com
              Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage, LLC as servicer for U.S. Bank
               National Association, as Trustee, successor to Bank of America, National Association, as Trustee,
               successor by merger to LaSalle Bank National Associ pa-bk@logs.com
              Kevin S Frankel    on behalf of Creditor    U.S. Bank National Association, as Trustee MERRILL
               LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4
               FHA/VA/RHS: Nationstar Mortgage LLC pa-bk@logs.com
              Paul Donald Murphy-Ahles    on behalf of Joint Debtor Nakita T Long pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Debtor Thomas  Long, III pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association, as Trustee MERRILL LYNCH
               FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4
               FHA/VA/RHS: Nationstar Mortgage LLC tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc.
               mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                             TOTAL: 10

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Thomas Long III | Chapter | 13 |
| Nakita T Long | Case No. | 1:16−bk−01851−RNO |

Debtor(s)

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on November 8, 2016. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: April 6, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: JGoodling, Deputy Clerk