```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 16-01851-HWV
Thomas Long, III                                                Chapter 13
Nakita T Long
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DGeorge          Page 1 of 1          Date Rcvd: Apr 16, 2018
                              Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2018.
db/jdb          +Thomas Long, III,    Nakita T Long,    85 Joshua Drive,    York, PA 17404-8636

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    U.S. Bank National Association, as Trustee MERRILL
               LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4
               FHA/VA/RHS: Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    Nationstar Mortgage, LLC bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association, as Trustee MERRILL
               LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4
               FHA/VA/RHS: Nationstar Mortgage LLC bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin S Frankel     on behalf of Creditor    U.S. Bank National Association, as Trustee MERRILL
               LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4
               FHA/VA/RHS: Nationstar Mortgage LLC pa-bk@logs.com
              Kevin S Frankel     on behalf of Creditor    Nationstar Mortgage, LLC pa-bk@logs.com
              Kevin S Frankel     on behalf of Creditor    Nationstar Mortgage, LLC as servicer for U.S. Bank
               National Association, as Trustee, successor to Bank of America, National Association, as Trustee,
               successor by merger to LaSalle Bank National Associ pa-bk@logs.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 2 Nakita T Long pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Thomas  Long, III pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Thomas I Puleo     on behalf of Creditor    U.S. Bank National Association, as Trustee MERRILL LYNCH
               FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4
               FHA/VA/RHS: Nationstar Mortgage LLC tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Thomas Long, III
Nakita T. Long
**Debtor(s)**

**Chapter** 13

**Case No.** 1:16-BK-01851-HWV

**Matter:** Motion to Modify Plan

## ORDER

Upon consideration of the Debtor(s)' Motion to Modify Plan (Post Confirmation), and satisfactory grounds having been stated and without objection, it is hereby **ORDERED** as follows:

The Debtor(s)' Motion to Modify Plan (Post Confirmation) is **APPROVED**; and the Debtor(s)' Plan is hereby **MODIFIED** consistent with the terms of the Third Amended Chapter 13 Plan.

The Third Amended Chapter 13 Plan replaces and supersedes the "Second Amended Chapter 13 Plan," as confirmed on April 6, 2017.

Dated: April 16, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (LS)