# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**Thomas Long, III and**<br>**Nakita T. Long**<br><br>**Debtor(s)**<br><br>**FLAGSHIP CREDIT ACCEPTANCE**<br><br>vs.<br><br>**Thomas Long, III and**<br>**Nakita T. Long**   **Plaintiff(s)/ Movants**<br><br><br><br>**Defendant(s)/ Respondent(s)** | CHAPTER  13<br>CASE NO.  16-01851<br><br><br>NATURE OF  **Flagship Credit**<br>PROCEEDING:  **Acceptance Motion for Relief from Stay**<br>DOCUMENT No.  **89** |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

    ☒ Thirty (30) days.
    ☐ Forty-five (45) days.
    ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

| | |
|---|---|
| Dated: April 4, 2019 | /s/ Kimberly A. Bonner |
| | Attorney for:  Movant |

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.