# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     THOMAS LONG, III

           NAKITA T LONG


               Debtor(s)

|  |  |
|---|---|
|  | CHAPTER 13 |
| CHARLES J. DEHART, III | |
| CHAPTER 13 TRUSTEE | |
|      Movant | CASE NO: 1-16-01851-HWV |

vs.

THOMAS LONG, III
  NAKITA T LONG

        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on November 7, 2019, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

               Respectfully submitted,

               s/   Charles J. DeHart, III
               Charles J. DeHart, III, Trustee
               8125 Adams Drive, Suite A
               Hummelstown, PA  17036
               Phone:  (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    THOMAS LONG, III
        NAKITA T LONG

                    CHAPTER 13

           Debtor(s)

        CHARLES J. DEHART, III
        CHAPTER 13 TRUSTEE        CASE NO: 1-16-01851-HWV
           Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion. Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

| **CONFERENCE before Trustee:** | **HEARING:** |
|---|---|
| December 4, 2019  at 9:00 am | December 4, 2019 at 09:35 AM |
| Bankruptcy Courtroom | Bankruptcy Courtroom |
| Ronald Reagan Federal Bldg | Ronald Reagan Federal Bldg |
| 3rd Floor, 228 Walnut Street | 3rd Floor, 228 Walnut Street |
| Harrisburg, PA 17101 | Harrisburg, PA 17101 |

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1.    You have paid the following and have confirmed payment with Trustee DeHart's office.

        **AMOUNT DELINQUENT AS OF LAST MONTH:  $ 3211.00**
           **AMOUNT DUE FOR THIS MONTH:  $1353.00**
    **TOTAL AMOUNT DUE <u>BEFORE</u> CONFERENCE/HEARING DATE:  $4564.00**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

    If **submitting payment by U.S. First Class Mail** mail to**:**
        **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604**

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to

be applied.

2.　　You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.　　You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  November 7, 2019

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    THOMAS LONG, III

        NAKITA T LONG             CHAPTER 13

            Debtor(s)

        CHARLES J. DEHART, III        CASE NO: 1-16-01851-HWV
        CHAPTER 13 TRUSTEE
        Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 7, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

PAUL MURPHY-AHLES ESQUIRE        Served electronically
DETHLEFS, PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL, PA  17011-


THOMAS LONG, III        Served by 1st Class Mail
NAKITA T LONG
85 JOSHUA DRIVE
YORK, PA  17404


United States Trustee
228 Walnut Street        Served electronically
Suite 1190
Harrisburg, PA  17101


I certify under penalty of perjury that the foregoing is true and correct.

Date:  November 7, 2019        Liz Joyce
        for Charles J. DeHart, III, Trustee
        Suite A, 8125 Adams Dr.
        Hummelstown, PA  17036
        Phone:  (717) 566-6097
        eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    THOMAS LONG, III
            NAKITA T LONG

                                       CHAPTER 13
                Debtor(s)

            CHARLES J. DEHART, III
            CHAPTER 13 TRUSTEE
                      Movant                  CASE NO: 1-16-01851-HWV

            vs.

            THOMAS LONG, III                  MOTION TO DISMISS
            NAKITA T LONG

## ORDER DISMSSING CASE

       Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-caption bankruptcy be and hereby is dismissed.