**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Thomas Long, III<br>**Debtor 1**<br>Nakita T. Long<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:16-BK-10851-HWV |

## NOTICE OF CHANGE OF ADDRESS

Debtor(s) in the above-referenced matter request a change of mailing address for Creditor:

| FROM: | TO: |
|---|---|
| Van Ru International<br>1350 E. Touhy Avenue<br>Suite 300E<br>Des Plaines, IL 60018-3342 | Van Ru International<br>4839 North Elston Avenue<br>Chicago, IL 60630 |

Date: November 21, 2019

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*