```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 16-01851-HWV
Thomas Long, III                                                    Chapter 13
Nakita T Long
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1          User: PatriciaR            Page 1 of 4           Date Rcvd: Nov 19, 2019
                              Form ID: ntpasnh           Total Noticed: 97


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2019.
db/jdb         +Thomas Long, III,    Nakita T Long,    85 Joshua Drive,   York, PA 17404-8636
cr             +Nationstar Mortgage, LLC,    Aldridge Pite, LLP,   4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
cr             +Nationstar Mortgage, LLC as servicer for U.S. Bank,    c/o Kevin S. Frankel,
                 Shapiro & DeNardo, LLC,    3600 Horizon Boulevard,   Suite 150,
                 King of Prussia, PA 19406-4702
cr             +Santander Consumer USA Inc.,    P.O. Box 562088, Suite 900 North,   Dallas, TX 75356-2088
cr             +U.S BANK NATIONAL ASSOCIATION,    Robertson, Anschutz, Schneid P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
4784041        +ACS/Bank of America,    501 Bleecker St,   Utica, NY 13501-2401
4790361       ++ASCENDIUM EDUCATION SOLUTIONS  INC,    PO BOX 8961,   MADISON WI 53708-8961
               (address filed with court:   Navient Solutions, Inc. on behalf of USA Funds,
                 Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,   Wilkes Barre, PA  18773-9430)
4784044        +Barclays Bank Delaware,    PO Box 8803,   Wilmington, DE 19899-8803
4784046        +Bennett Run HOA,    PO Box 455,   Manchester, PA 17345-0455
4784059       ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,   1000 TECHNOLOGY DRIVE,   OFALLON MO 63368-2239
               (address filed with court:   CitiFinancial,    300 Saint Paul Place,   Baltimore, MD 21202)
4784054        +Cby Systems, Inc.,    33 South Duke Street,   York, PA 17401-1401
4784057        +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
4784058         Chesapeake Urology Associates,    PO Box 630664,   Baltimore, MD 21263-0664
4784060        +Cmpptnrs/Un Baltimore,    PO Box 3176,   Winston Salem, NC 27102-3176
4784062         Commonwealth of Pennsylvania,    Department of Revenue,    PO BOx 280431,
                 Harrisburg, PA 17128-0431
4784063        +Conwago Township Sewer Authority,    600 Locust Point Road,   York, PA 17406-6056
4784066        +Creditors Interchange,    80 Holtz Drive,   Buffalo, NY 14225-1470
4823342         ECMC,   P.O. BOX 16408,    St. Paul, MN 55116-0408
4784075        +Elastic,   Urban Trust Bank,    PO BOX 3258,   Arlington, VA 22203-0258
4784076         Equifax,   PO Box 740256,    Atlanta, GA 30374-0256
4784077         Experian,   Profile maintenance,    PO box 9558,   Allen, TX 75013-9558
4784078        +Federal Loan Service,    PO Box 60610,   Harrisburg, PA 17106-0610
4784086         First Franklin Loan Services,    PO Box 1838,   Pittsburgh, PA 15230
4784089        +First Premier Bank,    601 S. Minnesota Ave,   Sioux Falls, SD 57104-4868
4784088        +First Premier Bank,    3820 N. Louise Avenue,   Sioux Falls, SD 57107-0145
4784090        +First Source Advantage, LLC,    205 Bryant Woods South,   Buffalo, NY 14228-3609
4784093        +HSBC Bank,    PO Box 5253,   Carol Stream, IL 60197-5253
4784096         IC System,    444 Highway 96 East,   PO Box 64437,   Saint Paul, MN 55164-0437
4784099        +Jack Bentivegna, DMD,    2851 Eastern Boulevard,   York, PA 17402-2909
4784100        +Linebarger Goggan Blair & Sampson,    PO Box 90128,   Harrisburg, PA 17109-0128
4784101        +Mabt/Contfin,    121 Continental Drive Suite 1,   Newark, DE 19713-4326
4784102        +Mariner Finance,    225 Brierhill Drive, Suite 11,   Bel Air, MD 21015-4941
4827408         NATIONAL EDUCATION LOAN NETWORK INC,    Educational Credit Management,   PO BOX 16408,
                 St. Paul, MN 55116-0408
4788450         NES/Zions on behalf of Educational Credit,    Management Corporation,   PO Box 16408,
                 St Paul, MN 55116-0408
4784108        +National Education Services,    200 W. Monroe Street,   Suite 700,   Chicago, IL 60606-5057
4784118         National Recovery Agency,    2941 Paxton Street,   Harrisburg, PA 17111
4784120        +Nationstar Mortgage,    P.O.Box 619063,   Dallas, TX 75261-9063
4788840        +Nationstar Mortgage LLC,    c/o Aldridge Pite, LLP,   4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
4784123         Northstar Location Services, LLC,    4285 Genesee Street,   Buffalo, NY 14225-1943
4784124         Patient First,    PO Box 758941,   Baltimore, MD 21275-8941
4784126        +Pennsylvania Department of Revenue,    Bureau of Individual Taxes,   P.O. Box 280432,
                 Harrisburg, PA 17128-0432
4784134        +Ream Carr Markey & Woloshin LLP,    Attention: Gavin Markey,   119 East Market Street,
                 York, PA 17401-1221
4784138        +Santander Consumer USA,    PO Box 961245,   Fort Worth, TX 76161-0244
4794273        +Santander Consumer USA Inc.,    P.O. Box 560284,   Dallas, TX 75356-0284
4784140        +St. of Md-CCU,    300 West Preston Street,   Suite 503,   Baltimore, MD 21201-2308
4784141        +THD/CBSD,    PO Box 6497,   Sioux Falls, SD 57117-6497
4784148        +TNB- Target,    PO Box 673,   Minneapolis, MN 55440-0673
4784143         The Johns Hopkins University,    Clinical Practice Association,   PO Box 64896,
                 Baltimore, MD 21264-4896
4784144        +The LDG Firm,    735 Delaware Road,   Suite 317,   Buffalo, NY 14223-1231
4784145         ThinkCashFBD,    Brandywine Commons,   Route 202 Concord Pike,   Wilmington, DE 19803
4784149        +Trans Union Corporation,    Attn Public Records Dept,   555 West Adams St,
                 Chicago, IL 60661-3631
4801061        +U.S. Bank National Association,,    Nationstar Mortgage LLC,   PO Box 619096,
                 Dallas TX 75261-9096
4806768         U.S.Department of Education,    C/O FedLoan Servicing,   P.O.Box 69184,
                 Harrisburg PA 17106-9184
4784151        +US Department of Education,    PO Box 5609,   Greenville, TX 75403-5609
4784150        +University of Maryland Balt. Co.,    Circulation Department,   1000 Hilltop Circle,
                 Baltimore, MD 21250-0001
```

```
4784154        +Van Ru International,   1350 E. Touhy Avenue,   Suite 300E,   Des Plaines, IL 60018-3342
4784164        +York Hospital,   1001 S. George Street,   York, PA 17403-3645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4786456         E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 19 2019 19:14:03
                 American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
                 Irving, TX 75016-8088,   866-716-6444
4784043        +E-mail/Text: rperez@arcadiarecovery.com Nov 19 2019 19:14:04     Arcadia Recovery Bureau,
                 645 Penn Street,   Reading, PA 19601-3543
4784047        +E-mail/Text: EBN_Greensburg@Receivemorermp.com Nov 19 2019 19:14:14
                 Berks Credit & Collections,   900 Corporate Drive,   Reading, PA 19605-3340
4784049         E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2019 19:20:41     Bill Me Later,   PO Box 105658,
                 Atlanta, GA 30348-5658
4784051         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 19 2019 19:20:41     Capital One Bank,
                 PO Box 85520,   Richmond, VA 23285
4784052        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 19 2019 19:21:27     Capital One Bank, NA,
                 PO Box 30273,   Salt Lake City, UT 84130-0273
4784053        +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Nov 19 2019 19:13:54     Cashnet USA,
                 PO Box 06230,   Chicago, IL 60606-0230
4784055        +E-mail/Text: nailda@centralcreditaudit.com Nov 19 2019 19:14:12     Central Credit Audit Inc.,
                 P.O. Box 735,   Sunbury, PA 17801-0735
4784061        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 19 2019 19:13:58     Comenity Bank/nwyrk&co,
                 220 West Schrock Road,   Westerville, OH 43081-2873
4784064        +E-mail/PDF: creditonebknotifications@resurgent.com Nov 19 2019 19:20:42     Credit One Bank,
                 PO Box 98875,   Las Vegas, NV 89193-8875
4784068        +E-mail/Text: electronicbkydocs@nelnet.net Nov 19 2019 19:14:03
                 Department of Education/nelnet,   3015 Parker Road,   Aurora, CO 80014-2904
4784091        +E-mail/Text: bankruptcy@flagshipcredit.com Nov 19 2019 19:14:04     Flagship Credit Acceptance,
                 3 Christy Drive, Suite 201,   PO Box 965,   Chadds Ford, PA 19317-0643
4786582        +E-mail/Text: bankruptcy@flagshipcredit.com Nov 19 2019 19:14:04     Flagship Credit Acceptance,
                 P.O. Box 3807,   Coppell, TX 75019-5877
4784092        +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2019 19:21:03     GEMB/SMRTCN,   PO Box 79998-1064
4784097         E-mail/Text: cio.bncmail@irs.gov Nov 19 2019 19:13:57     IRS,   PO Box 21126,
                 Philadelphia, PA 19114
4829371         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2019 19:21:05
                 LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
4784103        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 19 2019 19:21:28     Merrick Bank,
                 P.O. Box 9201,   Old Bethpage, NY 11804-9001
4784105        +E-mail/Text: bnc-bluestem@quantum3group.com Nov 19 2019 19:14:08     Metabnk/fhut,
                 6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
4784122        +E-mail/Text: bankruptcydepartment@tsico.com Nov 19 2019 19:14:09     NCO Fin/09,
                 507 Prudential Road,   Horsham, PA 19044-2308
4784119        +E-mail/Text: Bankruptcies@nragroup.com Nov 19 2019 19:14:12     National Recovery Agency,
                 2491 Paxton Street,   Harrisburg, PA 17111-1036
4798750        +E-mail/Text: colleen.atkinson@rmscollect.com Nov 19 2019 19:14:11
                 Patient First c/o Receivables Management Systems,   PO Box 8630,   Richmond, VA 23226-0630
4788162         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 19 2019 19:14:00
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
4825696        +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 19 2019 19:14:04     Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
4799582         E-mail/Text: bnc-quantum@quantum3group.com Nov 19 2019 19:13:58
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
4818537         E-mail/Text: bnc-quantum@quantum3group.com Nov 19 2019 19:13:59
                 Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,
                 Kirkland, WA  98083-0788
4784135        +E-mail/Text: colleen.atkinson@rmscollect.com Nov 19 2019 19:14:11     Receivable Management,
                 7206 Hull Street Road Ste,   Richmond, VA 23235-5826
4809885         E-mail/Text: appebnmailbox@sprint.com Nov 19 2019 19:14:01     Sprint Corp,
                 Attn Bankruptcy Dept,   PO Box 7949,   Overland Park KS 66207-0949
4784136        +E-mail/PDF: pa_dc_claims@navient.com Nov 19 2019 19:20:42     Sallie Mae,   PO Box 9500,
                 Wilkes Barre, PA 18773-9500
4784139         E-mail/Text: bankruptcy@sccompanies.com Nov 19 2019 19:14:13     Seventh Avenue,
                 1112 7th Avenue,   Monroe, WI 53566-1364
4802939        +E-mail/Text: bankruptcy@sccompanies.com Nov 19 2019 19:14:13     Seventh Avenue,
                 c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
4784147        +E-mail/Text: ar-bankruptcy@tivo.com Nov 19 2019 19:13:55     TIVO,   Dept. 8277,
                 Los Angeles, CA 90084-0001
4788310        +E-mail/Text: electronicbkydocs@nelnet.net Nov 19 2019 19:14:03
                 U.S. Department of Education C/O Nelnet,   121 S 13TH ST, SUITE 201,   LINCOLN, NE 68508-1911
5064816         E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Nov 19 2019 19:13:54
                 United Student Aid Funds, Inc (USAF),   PO Box 8961,   Madison WI 53708-8961
4784155        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 19 2019 19:13:51
                 Verizon,   500 Technology Drive, Suite 30,   Saint Charles, MO 63304-2225
4784157        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 19 2019 19:13:51
                 Verizon Pennsylvania I,   500 Technology Drive,   Saint Charles, MO 63304-2225
4784156        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 19 2019 19:13:51
                 Verizon Pennsylvania I,   500 Technology Dr,   Weldon Spring, MO 63304-2225
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4784158        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 19 2019 19:13:52
                 Verizon Pennyslvania I,    500 Technology Drive,    Saint Charles, MO 63304-2225
4784159        +E-mail/PDF: DellBKNotifications@resurgent.com Nov 19 2019 19:21:05         WebBak/Dfs,
                 One Dell Way,    Round Rock, TX 78682-7000
4784160        +E-mail/Text: bnc-bluestem@quantum3group.com Nov 19 2019 19:14:08         Webbank/fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
4784162        +E-mail/Text: kcm@yatb.com Nov 19 2019 19:13:54      York Adams Tax Bureau,    1405 N. Duke Street,
                 P.O. Box 15627,    York, PA 17405-0156
                                                                                              TOTAL: 40

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4784107         My Pay Day Loan
4784161         Xerox Gaithersburg
cr*            +Flagship Credit Acceptance,    P.O. Box 3807,    Coppell, TX 75019-5877
4784042*       +ACS/Bank of America,    501 Bleecker St,    Utica, NY 13501-2401
4790362*      ++ASCENDIUM EDUCATION SOLUTIONS INC,    PO BOX 8961,    MADISON WI 53708-8961
               (address filed with court:   Navient Solutions, Inc. on behalf of USA Funds,
                 Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA  18773-9430)
4784045*       +Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
4784048*       +Berks Credit & Collections,    900 Corporate Drive,    Reading, PA 19605-3340
4784050*        Bill Me Later,    PO Box 105658,    Atlanta, GA 30348-5658
4784056*       +Central Credit Audit Inc.,    P.O. Box 735,    Sunbury, PA 17801-0735
4784065*       +Credit One Bank,    PO Box 98875,    Las Vegas, NV 89193-8875
4784069*       +Department of Education/nelnet,    3015 Parker Road,    Aurora, CO 80014-2904
4784070*       +Department of Education/nelnet,    3015 Parker Road,    Aurora, CO 80014-2904
4784071*       +Department of Education/nelnet,    3015 Parker Road,    Aurora, CO 80014-2904
4784072*       +Department of Education/nelnet,    3015 Parker Road,    Aurora, CO 80014-2904
4784073*       +Department of Education/nelnet,    3015 Parker Road,    Aurora, CO 80014-2904
4784074*       +Department of Education/nelnet,    3015 Parker Road,    Aurora, CO 80014-2904
4784079*       +Federal Loan Service,    PO Box 60610,    Harrisburg, PA 17106-0610
4784080*       +Federal Loan Service,    PO Box 60610,    Harrisburg, PA 17106-0610
4784081*       +Federal Loan Service,    PO Box 60610,    Harrisburg, PA 17106-0610
4784082*       +Federal Loan Service,    PO Box 60610,    Harrisburg, PA 17106-0610
4784083*       +Federal Loan Service,    PO Box 60610,    Harrisburg, PA 17106-0610
4784084*       +Federal Loan Service,    PO Box 60610,    Harrisburg, PA 17106-0610
4784085*       +Federal Loan Service,    PO Box 60610,    Harrisburg, PA 17106-0610
4784087*        First Franklin Loan Services,    PO Box 1838,    Pittsburgh, PA 15230
4784094*       +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
4784095*       +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
4784098*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   IRS,    PO Box 21126,    Philadelphia, PA 19114)
4784104*       +Merrick Bank,    P.O. Box 9201,    Old Bethpage, NY 11804-9001
4784106*       +Metabnk/fhut,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
4827408*        NATIONAL EDUCATION LOAN NETWORK,INC,    Educational Credit Management Corp.,    PO BOX 16408,
                 St. Paul, MN 55116-0408
4784109*       +National Education Services,    200 W. Monroe Street,    Suite 700,    Chicago, IL 60606-5057
4784110*       +National Education Services,    200 W. Monroe Street,    Suite 700,    Chicago, IL 60606-5057
4784111*       +National Education Services,    200 W. Monroe Street,    Suite 700,    Chicago, IL 60606-5057
4784112*       +National Education Services,    200 W. Monroe Street,    Suite 700,    Chicago, IL 60606-5057
4784113*       +National Education Services,    200 W. Monroe Street,    Suite 700,    Chicago, IL 60606-5057
4784114*       +National Education Services,    200 W. Monroe Street,    Suite 700,    Chicago, IL 60606-5057
4784115*       +National Education Services,    200 W. Monroe Street,    Suite 700,    Chicago, IL 60606-5057
4784116*       +National Education Services,    200 W. Monroe Street,    Suite 700,    Chicago, IL 60606-5057
4784117*       +National Education Services,    200 W. Monroe Street,    Suite 700,    Chicago, IL 60606-5057
4784121*       +Nationstar Mortgage,    P.O.Box 619063,    Dallas, TX 75261-9063
4784127*       +Pennsylvania Department of Revenue,    Bureau of Individual Taxes,    P.O. Box 280432,
                 Harrisburg, PA 17128-0432
4784128*       +Pennsylvania Department of Revenue,    Bureau of Individual Taxes,    P.O. Box 280432,
                 Harrisburg, PA 17128-0432
4784129*       +Pennsylvania Department of Revenue,    Bureau of Individual Taxes,    P.O. Box 280432,
                 Harrisburg, PA 17128-0432
4784130*       +Pennsylvania Department of Revenue,    Bureau of Individual Taxes,    P.O. Box 280432,
                 Harrisburg, PA 17128-0432
4784131*       +Pennsylvania Department of Revenue,    Bureau of Individual Taxes,    P.O. Box 280432,
                 Harrisburg, PA 17128-0432
4784132*       +Pennsylvania Department of Revenue,    Bureau of Individual Taxes,    P.O. Box 280432,
                 Harrisburg, PA 17128-0432
4784133*       +Pennsylvania Department of Revenue,    Bureau of Individual Taxes,    P.O. Box 280432,
                 Harrisburg, PA 17128-0432
4784137*        Sallie Mae,    PO Box 9500,    Wilkes Barre, PA 18773-9500
4784142*       +THD/CBSD,    PO Box 6497,    Sioux Falls, SD 57117-6497
4784146*        ThinkCashFBD,    Brandywine Commons,    Route 202 Concord Pike,    Wilmington, DE 19803
4816298*       +U.S. Bank National Association,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas TX 75261-9096
4784152*       +US Department of Education,    PO Box 5609,    Greenville, TX 75403-5609
4784153*       +US Department of Education,    PO Box 5609,    Greenville, TX 75403-5609
4784163*       +York Adams Tax Bureau,    1405 N. Duke Street,    P.O. Box 15627,    York, PA 17405-0156
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
4784165*      +York Hospital,   1001 S. George Street,   York, PA 17403-3645
4784067    ##+Debt Recovery Solutions,   900 Merchants Conc. 106,   Westbury, NY 11590-5114
4784125    ##+Penn Credit,   916 S 14th St,   Harrisburg, PA 17104-3425
                                                              TOTALS: 2, * 53, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2019 at the address(es) listed below:
              Ashlee Crane Fogle    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION afogle@rascrane.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee MERRILL
               LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4
               FHA/VA/RHS: Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association, as Trustee MERRILL
               LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4
               FHA/VA/RHS: Nationstar Mortgage LLC bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage, LLC as servicer for U.S. Bank
               National Association, as Trustee, successor to Bank of America, National Association, as Trustee,
               successor by merger to LaSalle Bank National Associ pa-bk@logs.com
              Kevin S Frankel    on behalf of Creditor    U.S. Bank National Association, as Trustee MERRILL
               LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4
               FHA/VA/RHS: Nationstar Mortgage LLC pa-bk@logs.com
              Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage, LLC pa-bk@logs.com
              Kimberly A Bonner    on behalf of Creditor    Flagship Credit Acceptance kab@jsdc.com,    jnr@jsdc.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Thomas  Long, III pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 2 Nakita T Long pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Sindi   Mncina    on behalf of Creditor    U.S. Bank National Association, as Trustee MERRILL LYNCH
               FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4
               FHA/VA/RHS: Nationstar Mortgage LLC smncina@rascrane.com
              Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association, as Trustee MERRILL LYNCH
               FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4
               FHA/VA/RHS: Nationstar Mortgage LLC tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigcf@gmail.com
                                                                                             TOTAL: 16

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

| | |
|---|---|
| In re: | |
| Thomas Long III | Chapter: 13 |
| **Debtor 1** | Case number: 1:16–bk–01851–HWV |
| Nakita T Long | Document Number: 100 |
| **Debtor 2** | Matter: Motion for Mortgage Modification |

| **Notice** |
|---|

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002–1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **December 10, 2019**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PatriciaRatchford, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: November 19, 2019 |

ntpasnh(05/18)