UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Thomas Long, III **Debtor 1** Nakita T. Long **Debtor 2** | **Chapter** 13 **Case No.** 1:16-BK-10851-HWV |
|---|---|

## NOTICE OF CHANGE OF ADDRESS

Debtor(s) in the above-referenced matter request a change of mailing address for Creditor:

| FROM: | TO: |
|---|---|
| National Education Services 200 W. Monroe Street Suite 700 Chicago, IL 60606-5057 | National Education Services PO Box 181027 Fairfield, OH 45018 |

Date: November 22, 2019

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*