## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Thomas Long, III** | : | **Case No.: 16-01851** |
| | : | **Chapter 13** |
| **Nakita T Long** | : | **Judge Henry W. Van Eck** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for U.S. Bank National

Association, as Trustee Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan

Asset-Backed Certificates, Series 2007-4, its successor and assigns ("Creditor") in the above

referenced case. Please send all notices issued in this case to the undersigned at the address

below.

Respectfully submitted,

 /s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

19-043501_PS

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Thomas Long, III** | : | **Case No.: 16-01851** |
| **Nakita T Long** | : | **Chapter 13** |
| | : | **Judge Henry W. Van Eck** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and

Request for Notices was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Charles J. DeHart III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036

Paul Donald Murphy-Ahles, Attorney for Thomas Long, III and Nakita T Long, Dethlefs Pykosh & Murphy, 2132 Market Street, Camp Hill, PA 17011, pmurphy@dplglaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on December  13 , 2019:

Thomas Long, III and Nakita T Long, 85 Joshua Drive, York, PA 17404

Thomas Long, III and Nakita T Long, 85 Joshua Dr, York, PA 17404

DATE:  December 13, 2019

　　　　　　　　　　　　　　　　　　　/s/ Karina Velter
　　　　　　　　　　　　　　　　　　Karina Velter, Esquire (94781)
　　　　　　　　　　　　　　　　　　Adam B. Hall (323867)
　　　　　　　　　　　　　　　　　　Sarah E. Barngrover (323972)
　　　　　　　　　　　　　　　　　　Manley Deas Kochalski LLC
　　　　　　　　　　　　　　　　　　P.O. Box 165028
　　　　　　　　　　　　　　　　　　Columbus, OH  43216-5028
　　　　　　　　　　　　　　　　　　Telephone: 614-220-5611
　　　　　　　　　　　　　　　　　　Fax: 614-627-8181
　　　　　　　　　　　　　　　　　　Attorneys for Creditor
　　　　　　　　　　　　　　　　　　The case attorney for this file is Karina Velter.

19-043501_PS

Contact email is kvelter@manleydeas.com

19-043501_PS