# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Thomas Long, III<br>**Debtor 1** | **Chapter** 13 |
| Nakita T. Long<br>**Debtor 2** | **Case No.** 1:16-BK-10851-HWV |

## NOTICE OF CHANGE OF ADDRESS

Debtor(s) in the above-referenced matter request a change of mailing address for Creditor:

| FROM: | TO: |
|---|---|
| First Franklin Loan Services<br>150 Allegheny Center Mall<br>Pittsburgh, PA 15212 | First Franklin Loan Services<br>UNABLE TO LOCATE ADDRESS |

Date: December 16, 2019

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*