**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| Thomas Long, III<br>**Debtor 1**<br>Nakita T. Long<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:16-BK-01851-HWV |

**NOTICE OF CHANGE OF ADDRESS**

Debtor(s) in the above-referenced matter request a change of mailing address for Creditor:

| FROM: | TO: |
|---|---|
| Mariner Finance<br>225 Brierhill Drive, Suite 11<br>Bel Air, MD 21015-4941 | Mariner Finance<br>8211 Town Center Drive<br>Nottingham, MD 21236 |

Date: December 31, 2019

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*