UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:  CASE NO.: 1:16-bk-01851-HWV
 CHAPTER 13

**Thomas Long, III and Nakita T Long,**

   **Debtors.**
 _____/

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT**, on behalf of U.S. Bank National Association, as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4 ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Notice of Mortgage Payment Change, filed on November 14, 2019, on Claim 17-1.**

ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/ Sindi Mncina
    Sindi Mncina
 Email: smncina@rascrane.com

1:16-bk-01851-HWV
Long, Thomas & Nakita
Notice of Withdrawal
Page1

Case 1:16-bk-01851-HWV   Doc 131   Filed 02/12/20   Entered 02/12/20 14:58:22   Desc
Main Document    Page 1 of 2

# CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on February 12, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011

Thomas Long, III
85 Joshua Drive
York, PA 17404

Nakita T Long
85 Joshua Drive
York, PA 17404

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

                              ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC
                              Attorney for Secured Creditor
                              6409 Congress Ave., Suite 100
                              Boca Raton, FL 33487
                              Telephone: 561-241-6901
                              Facsimile: 561-241-1969

                              By: /s/ Sindi Mncina
                                  Sindi Mncina
                                  Email: smncina@rascrane.com

1:16-bk-01851-HWV
Long, Thomas & Nakita
Notice of Withdrawal
Page2

Case 1:16-bk-01851-HWV    Doc 131    Filed 02/12/20    Entered 02/12/20 14:58:22    Desc
Main Document    Page 2 of 2