## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Thomas Long, III and Nakita T Long, | : | Bankruptcy No. 1:16-bk-01851-HWV |
| Debtors, | : | Chapter 13 |
| | : | |
| U.S. Bank National Association, as Trustee | : | |
| MERRILL LYNCH FIRST FRANKLIN | : | |
| MORTGAGE LOAN TRUST, MORTGAGE | : | |
| LOAN ASSET-BACKED CERTIFICATES, | : | |
| SERIES 2007-4, | : | |
| Secured Creditor, | : | |
| | : | |
| Thomas Long, III and Nakita T Long, | : | |
| Debtors / Respondents, | : | |
| | : | |
| and | : | |
| Charles J. DeHart, III, | : | |
| Trustee/Respondent. | : | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned hereby enters his/her appearance as counsel for Creditor, U.S. Bank National Association, as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4, in the above proceeding and, pursuant to Bankruptcy Rule 2002 and Local Bankruptcy Rule 9010.1, requests that his/her name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

> Andrew M. Lubin, Esquire
> Milstead & Associates, LLC
> 1 E. Stow Road
> Marlton, NJ 08053
> (856) 482-1400

Please take further notice that the foregoing request includes the notices referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

DATED: April 21, 2020

MILSTEAD & ASSOCIATES, LLC

BY: /s/Andrew M. Lubin
Andrew M. Lubin
Attorney ID No. 54297
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400

230359-1