In re:  Case No. 16-01851-HWV
Thomas Long, III  Chapter 13
Nakita T Long
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 6
Date Rcvd: May 27, 2021      Form ID: 3180W      Total Noticed: 95

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas Long, III, Nakita T Long, 85 Joshua Drive, York, PA 17404-8636 |
| cr | + | Nationstar Mortgage, LLC, Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Nationstar Mortgage, LLC as servicer for U.S. Bank, c/o Kevin S. Frankel, Shapiro & DeNardo, LLC, 3600 Horizon Boulevard, Suite 150 King of Prussia, PA 19406-4702 |
| cr | + | U.S BANK NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 4784041 | + | ACS/Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 4790361 | ++ | ASCENDIUM EDUCATION SOLUTIONS INC, PO BOX 8961, MADISON WI 53708-8961 address filed with court:, Navient Solutions, Inc. on behalf of USA Funds, Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 4784046 | + | Bennett Run HOA, PO Box 455, Manchester, PA 17345-0455 |
| 4784054 | + | Cby Systems, Inc., 33 South Duke Street, York, PA 17401-1401 |
| 4784060 | + | Cmpptnrs/Un Baltimore, PO Box 3176, Winston Salem, NC 27102-3176 |
| 4784062 | | Commonwealth of Pennsylvania, Department of Revenue, PO BOx 280431, Harrisburg, PA 17128-0431 |
| 4784063 | + | Conwago Township Sewer Authority, 600 Locust Point Road, York, PA 17406-6056 |
| 4784067 | | Debt Recovery Solutions, 6800 Jericho Turnpike, Suite 1135, Syosset, NY 11791-4401 |
| 4784075 | + | Elastic, Urban Trust Bank, 400 Colonial Center Parkway, Lake Mary, FL 32746-7682 |
| 4784076 | | Equifax, PO Box 740256, Atlanta, GA 30374-0256 |
| 4784077 | | Experian, Profile maintenance, PO box 9558, Allen, TX 75013-9558 |
| 4784078 | + | Federal Loan Service, PO Box 60610, Harrisburg, PA 17106-0610 |
| 4784099 | + | Jack Bentivegna, DMD, 2851 Eastern Boulevard, York, PA 17402-2909 |
| 4784100 | + | Linebarger Goggan Blair & Sampson, PO Box 90128, Harrisburg, PA 17109-0128 |
| 4784101 | + | Mabt/Contfin, 121 Continental Drive Suite 1, Newark, DE 19713-4326 |
| 4784102 | + | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 4827408 | | NATIONAL EDUCATION LOAN NETWORK INC, Educational Credit Management, PO BOX 16408, St. Paul, MN 55116-0408 |
| 4788450 | | NES/Zions on behalf of Educational Credit, Management Corporation, PO Box 16408, St Paul, MN 55116-0408 |
| 4784118 | | National Recovery Agency, 2941 Paxton Street, Harrisburg, PA 17111 |
| 4784120 | + | Nationstar Mortgage, P.O.Box 619063, Dallas, TX 75261-9063 |
| 4788840 | + | Nationstar Mortgage LLC, c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 4784123 | | Northstar Location Services, LLC, 4285 Genesee Street, Buffalo, NY 14225-1943 |
| 4784124 | | Patient First, PO Box 758941, Baltimore, MD 21275-8941 |
| 4784125 | | Penn Credit, 2800 Commerce Drive, PO Box 69703, Harrisburg, PA 17106-9703 |
| 4784126 | + | Pennsylvania Department of Revenue, Bureau of Individual Taxes, P.O. Box 280432, Harrisburg, PA 17128-0432 |
| 4784134 | + | Ream Carr Markey & Woloshin LLP, Attention: Gavin Markey, 119 East Market Street, York, PA 17401-1221 |
| 4784140 | + | St. of Md-CCU, 300 West Preston Street, Suite 503, Baltimore, MD 21201-2308 |
| 4784143 | | The Johns Hopkins University, Clinical Practice Association, PO Box 64896, Baltimore, MD 21264-4896 |
| 4784149 | + | Trans Union Corporation, Attn Public Records Dept, 555 West Adams St, Chicago, IL 60661-3631 |
| 5289467 | + | U.S. Bank National Association, c/o Nationstar Mortgage LLC, d/b/a Mr. Cooper, Attention: Bankruptcy Department, PO Box 619096 Dallas TX 75261-9096 |
| 4801061 | + | U.S. Bank National Association,, Nationstar Mortgage LLC, PO Box 619096, Dallas TX 75261-9096 |
| 5322137 | + | U.S. Bank National Association, as Trustee, c/o Andrew M. Lubin, Esquire, Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 4806768 | | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |
| 4784150 | + | University of Maryland Balt. Co., Circulation Department, 1000 Hilltop Circle, Baltimore, MD 21250-0001 |
| 4784154 | + | Van Ru International, 4839 North Elston Avenue, Chicago, IL 60630-2534 |
| 4784164 | + | York Hospital, 1001 S. George Street, York, PA 17403-3645 |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + EDI: DRIV.COM | May 27 2021 22:58:00 | Santander Consumer USA Inc., P.O. Box 562088, Suite 900 North, Dallas, TX 75356-2088 |
| 4786456 | EDI: HNDA.COM | May 27 2021 22:58:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, 866-716-6444 |
| 5064816 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | May 27 2021 19:09:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 4784043 | + Email/Text: rperez@arcadiarecovery.com | May 27 2021 19:10:00 | Arcadia Recovery Bureau, 645 Penn Street, Reading, PA 19601-3559 |
| 4784044 | + EDI: TSYS2.COM | May 27 2021 22:53:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 4784047 | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | May 27 2021 19:10:00 | Berks Credit & Collections, PO Box 20508, Indianapolis, IN 46220-0508 |
| 4784049 | EDI: RMSC.COM | May 27 2021 22:53:00 | Bill Me Later, % Synchrony Bank/PayPal Extras, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 4784051 | EDI: CAPITALONE.COM | May 27 2021 22:53:00 | Capital One Bank, PO Box 85520, Richmond, VA 23285 |
| 4784059 | EDI: CITICORP.COM | May 27 2021 22:53:00 | CitiFinancial, 300 Saint Paul Place, Baltimore, MD 21202 |
| 4784052 | + EDI: CAPITALONE.COM | May 27 2021 22:53:00 | Capital One Bank, NA, PO Box 30273, Salt Lake City, UT 84130-0273 |
| 4784053 | + Email/Text: opsqa_usbankruptcy@cashnetusa.com | May 27 2021 19:09:00 | Cashnet USA, 175 West Jackson Boulevard, Suite 1000, Chicago, IL 60604-2863 |
| 4784055 | + Email/Text: nailda@centralcreditaudit.com | May 27 2021 19:10:00 | Central Credit Audit Inc., P.O. Box 735, Sunbury, PA 17801-0735 |
| 4784058 | + Email/Text: kcarroll@cua.md | May 27 2021 19:10:00 | Chesapeake Urology Associates, 25 Crossroads Drive, Suite 306, Owings Mills, MD 21117-5437 |
| 4784061 | + EDI: WFNNB.COM | May 27 2021 22:58:00 | Comenity Bank/nwyrk&co, 220 West Schrock Road, Westerville, OH 43081-2873 |
| 4784064 | + Email/PDF: creditonebknotifications@resurgent.com | May 27 2021 19:45:35 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 4784068 | + Email/Text: electronicbkydocs@nelnet.net | May 27 2021 19:10:00 | Department of Education/nelnet, 3015 Parker Road, Aurora, CO 80014-2904 |
| 4823342 | EDI: ECMC.COM | May 27 2021 22:58:00 | ECMC, P.O. BOX 16408, St. Paul, MN 55116-0408 |
| 4784088 | + EDI: AMINFOFP.COM | May 27 2021 22:58:00 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 4784089 | + EDI: AMINFOFP.COM | May 27 2021 22:58:00 | First Premier Bank, 601 S. Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 4784090 | + EDI: FSAE.COM | May 27 2021 22:58:00 | First Source Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 4786582 | + Email/Text: bankruptcy@flagshipcredit.com | May 27 2021 19:10:00 | Flagship Credit Acceptance, P.O. Box 3807, Coppell, TX 75019-5877 |
| 4784091 | + Email/Text: bankruptcy@flagshipcredit.com | May 27 2021 19:10:00 | Flagship Credit Acceptance, 3 Christy Drive, Suite 201, PO Box 965, Chadds Ford, PA 19317-0643 |
| 4784092 | + EDI: RMSC.COM | May 27 2021 22:53:00 | GEMB/SMRTCN, PO Box 79998-1064 |
| 4784093 | + EDI: HFC.COM | | |

| | | | | |
|---|---|---|---|---|
| 4784096 | | EDI: IIC9.COM | May 27 2021 22:53:00 | HSBC Bank, PO Box 2013, Buffalo, NY 14240-2013 |
| 4784097 | | EDI: IRS.COM | May 27 2021 22:58:00 | IC System, 444 Highway 96 East, PO Box 64437, Saint Paul, MN 55164-0437 |
| 4784057 | | EDI: JPMORGANCHASE | May 27 2021 22:53:00 | IRS, PO Box 21126, Philadelphia, PA 19114 |
| 4829371 | | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2021 22:53:00 | Chase, PO Box 15298, Wilmington, DE 19850 |
| | | | May 27 2021 19:45:38 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4784103 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 27 2021 19:45:32 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 4784105 | + | EDI: BLUESTEM | May 27 2021 22:58:00 | Metabnk/fhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 4784119 | + | Email/Text: Bankruptcies@nragroup.com | May 27 2021 19:10:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 4798750 | + | Email/Text: joey@rmscollect.com | May 27 2021 19:10:00 | Patient First c/o Receivables Management Systems, PO Box 8630, Richmond, VA 23226-0630 |
| 4788162 | | EDI: PENNDEPTREV | May 27 2021 22:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 4788162 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2021 19:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 4825696 | + | EDI: JEFFERSONCAP.COM | May 27 2021 22:58:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 4818537 | | EDI: Q3G.COM | May 27 2021 22:58:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4799582 | | EDI: Q3G.COM | May 27 2021 22:58:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4784135 | + | Email/Text: joey@rmscollect.com | May 27 2021 19:10:00 | Receivable Management, 7206 Hull Street Road Ste, Richmond, VA 23235-5826 |
| 4809885 | | EDI: AISSPRINT | May 27 2021 22:53:00 | Sprint Corp, Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |
| 4784136 | | EDI: NAVIENTFKASMSERV.COM | May 27 2021 22:58:00 | Sallie Mae, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 4784138 | + | EDI: DRIV.COM | May 27 2021 22:58:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 4794273 | + | EDI: DRIV.COM | May 27 2021 22:58:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 4802939 | + | EDI: CBS7AVE | May 27 2021 22:58:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 4784139 | | EDI: CBS7AVE | May 27 2021 22:58:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 4784141 | + | EDI: CITICORP.COM | May 27 2021 22:53:00 | THD/CBSD, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 4784147 | + | Email/Text: ar-bankruptcy@tivo.com | May 27 2021 19:09:00 | TIVO, Dept. 8277, Los Angeles, CA 90084-0001 |
| 4784148 | + | EDI: WTRRNBANK.COM | May 27 2021 22:53:00 | TNB- Target, PO Box 673, Minneapolis, MN 55440-0673 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 4788310 | + | Email/Text: electronicbkydocs@nelnet.net | May 27 2021 19:10:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |
| 4784151 | + | EDI: ECMC.COM | May 27 2021 22:53:00 | US Department of Education, PO Box 5609, Greenville, TX 75403-5609 |
| 4784155 | + | EDI: VERIZONCOMB.COM | May 27 2021 22:53:00 | Verizon, 500 Technology Drive, Suite 30, Saint Charles, MO 63304-2225 |
| 4784156 | + | EDI: VERIZONCOMB.COM | May 27 2021 22:53:00 | Verizon Pennsylvania I, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 4784157 | + | EDI: VERIZONCOMB.COM | May 27 2021 22:53:00 | Verizon Pennsylvania I, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 4784158 | + | EDI: VERIZONCOMB.COM | May 27 2021 22:53:00 | Verizon Pennyslvania I, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 4784159 | + | Email/PDF: DellBKNotifications@resurgent.com | May 27 2021 19:46:04 | WebBak/Dfs, One Dell Way, Round Rock, TX 78682-7000 |
| 4784160 | + | EDI: BLUESTEM | May 27 2021 22:58:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 4784162 | + | Email/Text: kcm@yatb.com | May 27 2021 19:09:00 | York Adams Tax Bureau, 1405 N. Duke Street, P.O. Box 15627, York, PA 17405-0156 |

TOTAL: 56

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4784066 | | Creditors Interchange, Address removed per docket entry no 114 |
| 4784086 | | First Franklin Loan Services, REMOVED PER ENTRY 123 |
| 4784087 | | First Franklin Loan Services, REMOVED PER ENTRY 123 |
| 4784107 | | My Pay Day Loan |
| 4784122 | | NCO Fin/09, REMOVED PER ENTRY 124 |
| 4784108 | | National Education Services, REMOVED PER ENTRY 122 |
| 4784109 | | National Education Services, REMOVED PER ENTRY 122 |
| 4784110 | | National Education Services, REMOVED PER ENTRY 122 |
| 4784111 | | National Education Services, REMOVED PER ENTRY 122 |
| 4784112 | | National Education Services, REMOVED PER ENTRY 122 |
| 4784113 | | National Education Services, REMOVED PER ENTRY 122 |
| 4784114 | | National Education Services, REMOVED PER ENTRY 122 |
| 4784115 | | National Education Services, REMOVED PER ENTRY 122 |
| 4784116 | | National Education Services, REMOVED PER ENTRY 122 |
| 4784117 | | National Education Services, REMOVED PER ENTRY 122 |
| 4784144 | | The LDG Firm, Removed per docket entry 116 |
| 4784145 | | ThinkCashFBD, Address removed per docket entry 104 |
| 4784146 | | ThinkCashFBD, Address removed per docket entry 104 |
| 4784161 | | Xerox Gaithersburg |
| cr | *+ | Flagship Credit Acceptance, P.O. Box 3807, Coppell, TX 75019-5877 |
| 4784042 | *+ | ACS/Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 4790362 | *P++ | ASCENDIUM EDUCATION SOLUTIONS INC, PO BOX 8961, MADISON WI 53708-8961, address filed with court:, Navient Solutions, Inc. on behalf of USA Funds, Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 4784045 | *+ | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 4784048 | * | Berks Credit & Collections, PO Box 20508, Indianapolis, IN 46220-0508 |
| 4784050 | * | Bill Me Later, % Synchrony Bank/PayPal Extras, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 4784056 | *+ | Central Credit Audit Inc., P.O. Box 735, Sunbury, PA 17801-0735 |
| 4784065 | *+ | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 4784069 | *+ | Department of Education/nelnet, 3015 Parker Road, Aurora, CO 80014-2904 |
| 4784070 | *+ | Department of Education/nelnet, 3015 Parker Road, Aurora, CO 80014-2904 |
| 4784071 | *+ | Department of Education/nelnet, 3015 Parker Road, Aurora, CO 80014-2904 |
| 4784072 | *+ | Department of Education/nelnet, 3015 Parker Road, Aurora, CO 80014-2904 |

| | | |
|---|---|---|
| 4784073 | *+ | Department of Education/nelnet, 3015 Parker Road, Aurora, CO 80014-2904 |
| 4784074 | *+ | Department of Education/nelnet, 3015 Parker Road, Aurora, CO 80014-2904 |
| 4784079 | *+ | Federal Loan Service, PO Box 60610, Harrisburg, PA 17106-0610 |
| 4784080 | *+ | Federal Loan Service, PO Box 60610, Harrisburg, PA 17106-0610 |
| 4784081 | *+ | Federal Loan Service, PO Box 60610, Harrisburg, PA 17106-0610 |
| 4784082 | *+ | Federal Loan Service, PO Box 60610, Harrisburg, PA 17106-0610 |
| 4784083 | *+ | Federal Loan Service, PO Box 60610, Harrisburg, PA 17106-0610 |
| 4784084 | *+ | Federal Loan Service, PO Box 60610, Harrisburg, PA 17106-0610 |
| 4784085 | *+ | Federal Loan Service, PO Box 60610, Harrisburg, PA 17106-0610 |
| 4784094 | *+ | HSBC Bank, PO Box 2013, Buffalo, NY 14240-2013 |
| 4784095 | *+ | HSBC Bank, PO Box 2013, Buffalo, NY 14240-2013 |
| 4784098 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, PO Box 21126, Philadelphia, PA 19114 |
| 4784104 | *+ | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 4784106 | *+ | Metabnk/fhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 4827408 | * | NATIONAL EDUCATION LOAN NETWORK,INC, Educational Credit Management Corp., PO BOX 16408, St. Paul, MN 55116-0408 |
| 4784121 | *+ | Nationstar Mortgage, P.O.Box 619063, Dallas, TX 75261-9063 |
| 4784127 | *+ | Pennsylvania Department of Revenue, Bureau of Individual Taxes, P.O. Box 280432, Harrisburg, PA 17128-0432 |
| 4784128 | *+ | Pennsylvania Department of Revenue, Bureau of Individual Taxes, P.O. Box 280432, Harrisburg, PA 17128-0432 |
| 4784129 | *+ | Pennsylvania Department of Revenue, Bureau of Individual Taxes, P.O. Box 280432, Harrisburg, PA 17128-0432 |
| 4784130 | *+ | Pennsylvania Department of Revenue, Bureau of Individual Taxes, P.O. Box 280432, Harrisburg, PA 17128-0432 |
| 4784131 | *+ | Pennsylvania Department of Revenue, Bureau of Individual Taxes, P.O. Box 280432, Harrisburg, PA 17128-0432 |
| 4784132 | *+ | Pennsylvania Department of Revenue, Bureau of Individual Taxes, P.O. Box 280432, Harrisburg, PA 17128-0432 |
| 4784133 | *+ | Pennsylvania Department of Revenue, Bureau of Individual Taxes, P.O. Box 280432, Harrisburg, PA 17128-0432 |
| 4784137 | * | Sallie Mae, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 4784142 | *+ | THD/CBSD, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 4816298 | *+ | U.S. Bank National Association, Nationstar Mortgage LLC, PO Box 619096, Dallas TX 75261-9096 |
| 4784152 | *+ | US Department of Education, PO Box 5609, Greenville, TX 75403-5609 |
| 4784153 | *+ | US Department of Education, PO Box 5609, Greenville, TX 75403-5609 |
| 4784163 | *+ | York Adams Tax Bureau, 1405 N. Duke Street, P.O. Box 15627, York, PA 17405-0156 |
| 4784165 | *+ | York Hospital, 1001 S. George Street, York, PA 17403-3645 |

TOTAL: 19 Undeliverable, 42 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2021 at the address(es) listed below:**

**Name**     **Email Address**

Adam Bradley Hall

on behalf of Creditor U.S. Bank National Association as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4 FHA/VA/RHS: Nationstar Mortgage LLC amps@manleydeas.com

Andrew M. Lubin

on behalf of Creditor U.S. Bank National Association as Trustee alubin@milsteadlaw.com

Ashlee Crane Fogle

on behalf of Creditor U.S BANK NATIONAL ASSOCIATION afogle@rascrane.com

Jack N Zaharopoulos (Trustee)
    TWecf@pamd13trustee.com

James Warmbrodt
    on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

James Warmbrodt
    on behalf of Creditor U.S. Bank National Association as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4 FHA/VA/RHS: Nationstar Mortgage LLC bkgroup@kmllawgroup.com

James Warmbrodt
    on behalf of Creditor U.S BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

Joshua I Goldman
    on behalf of Creditor U.S. Bank National Association as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4 FHA/VA/RHS: Nationstar Mortgage LLC josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

Kevin S Frankel
    on behalf of Creditor Nationstar Mortgage LLC as servicer for U.S. Bank National Association, as Trustee, successor to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Associ pa-bk@logs.com

Kevin S Frankel
    on behalf of Creditor U.S. Bank National Association as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4 FHA/VA/RHS: Nationstar Mortgage LLC pa-bk@logs.com

Kevin S Frankel
    on behalf of Creditor Nationstar Mortgage LLC pa-bk@logs.com

Kimberly A Bonner
    on behalf of Creditor Flagship Credit Acceptance kab@jsdc.com jnr@jsdc.com

Paul Donald Murphy-Ahles
    on behalf of Debtor 1 Thomas Long III pmurphy@dplglaw.com, kgreene@dplglaw.com

Paul Donald Murphy-Ahles
    on behalf of Debtor 2 Nakita T Long pmurphy@dplglaw.com kgreene@dplglaw.com

Sindi Mncina
    on behalf of Creditor U.S BANK NATIONAL ASSOCIATION smncina@raslg.com

Sindi Mncina
    on behalf of Creditor U.S. Bank National Association as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4 FHA/VA/RHS: Nationstar Mortgage LLC smncina@raslg.com

Thomas I Puleo
    on behalf of Creditor U.S. Bank National Association as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4 FHA/VA/RHS: Nationstar Mortgage LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 19

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Thomas Long III<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3367<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Nakita T Long<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2773<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:16–bk–01851–HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas Long III                    Nakita T Long

**By the court:**   _[signature]_

5/27/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristinaKovach, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**