# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    THOMAS LONG, III                          Case No.: 1-16-01851-HWV
    NAKITA T LONG                            Chapter 13
        Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                   **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | NATIONSTAR MORTGAGE |
| Court Claim Number: | 17 |
| Last Four of Loan Number: | Joshua Dr - PRE-ARREARS - 3810 |
| Property Address if applicable: | 85 JOSHUA DRIVE, , YORK, PA17404 |

**PART 2:**                   **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $5,004.37 |
| b. | Prepetition arrearages paid by the Trustee: | $5,004.37 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $10,158.58 |
| f. | Postpetition arrearages paid by the Trustee: | $10,158.58 |
| g. | Total b, d, f: | $15,162.95 |

**PART 3:**                   **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                   **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: June 2, 2021                  Respectfully submitted,

                                         s/ Jack N. Zaharopoulos
                                         Standing Chapter 13 Trustee
                                         Suite A, 8125 Adams Drive
                                         Hummelstown, PA 17036
                                         Phone: (717) 566-6097
                                         Fax: (717) 566-8313
                                         eMail: info@pamd13trustee.com

Creditor Name: NATIONSTAR MORTGAGE
Court Claim Number: 17

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1180255 | 02/08/2018 | $141.26 | $0.00 | $141.26 |
| 5200 | 1181615 | 03/08/2018 | $385.51 | $0.00 | $385.51 |
| 5200 | 1182981 | 04/03/2018 | $264.00 | $0.00 | $264.00 |
| 5200 | 1188781 | 07/12/2018 | $51.37 | $0.00 | $51.37 |
| 5200 | 1190153 | 08/09/2018 | $88.12 | $0.00 | $88.12 |
| 5200 | 1191467 | 09/06/2018 | $231.31 | $0.00 | $231.31 |
| 5200 | 1192800 | 10/10/2018 | $298.06 | $0.00 | $298.06 |
| 5200 | 1194160 | 11/08/2018 | $264.35 | $0.00 | $264.35 |
| 5200 | 1195556 | 12/13/2018 | $296.13 | $0.00 | $296.13 |
| 5200 | 1196933 | 01/10/2019 | $263.22 | $0.00 | $263.22 |
| 5200 | 1198074 | 02/07/2019 | $252.91 | $0.00 | $252.91 |
| 5200 | 1199327 | 03/12/2019 | $603.88 | $0.00 | $603.88 |
| 5200 | 1202023 | 05/09/2019 | $378.38 | $0.00 | $378.38 |
| 5200 | 1203332 | 06/06/2019 | $219.35 | $0.00 | $219.35 |
| 5200 | 1204725 | 07/11/2019 | $274.19 | $0.00 | $274.19 |
| 5200 | 1206081 | 08/07/2019 | $296.78 | $0.00 | $296.78 |
| 5200 | 1207550 | 09/26/2019 | $607.60 | $0.00 | $607.60 |
| 5200 | 1209848 | 11/07/2019 | $87.95 | $0.00 | $87.95 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

THOMAS LONG, III     Case No.: 1-16-01851-HWV
NAKITA T LONG     Chapter 13
     Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 2, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| PAUL MURPHY-AHLES ESQUIRE<br>DETHLEFS, PYKOSH & MURPHY<br>2132 MARKET STREET<br>CAMP HILL PA, 17011- | SERVED ELECTRONICALLY |
| NATIONSTAR MORTGAGE LLC<br>DBA MR COOPER<br>PO BOX 619096<br>DALLAS, TX, 75261-9741 | SERVED BY 1ST CLASS MAIL |
| THOMAS LONG, III<br>NAKITA T LONG<br>85 JOSHUA DRIVE<br>YORK, PA 17404 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 2, 2021     s/ Liz Joyce
     Jack N. Zaharopoulos
     Standing Chapter 13 Trustee
     Suite A, 8125 Adams Drive
     Hummelstown, PA 17036
     Phone: (717) 566-6097
     Fax: (717) 566-8313
     eMail: info@pamd13trustee.com