United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-01851-HWV |
| Thomas Long, III | Chapter 13 |
| Nakita T Long | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Sep 16, 2021     Form ID: fnldec     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2021:**

**Recip ID     Recipient Name and Address**
db/jdb     + Thomas Long, III, Nakita T Long, 85 Joshua Drive, York, PA 17404-8636

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2021         Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor U.S. Bank National Association as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4 FHA/VA/RHS: Nationstar Mortgage LLC amps@manleydeas.com |
| Andrew M. Lubin | on behalf of Creditor U.S. Bank National Association as Trustee alubin@milsteadlaw.com |
| Ashlee Crane Fogle | on behalf of Creditor U.S BANK NATIONAL ASSOCIATION afogle@rascrane.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN |

TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4 FHA/VA/RHS: Nationstar Mortgage LLC bkgroup@kmllawgroup.com

James Warmbrodt
on behalf of Creditor U.S BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

James Warmbrodt
on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

Joshua I Goldman
on behalf of Creditor U.S. Bank National Association as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4 FHA/VA/RHS: Nationstar Mortgage LLC josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

Kevin S Frankel
on behalf of Creditor Nationstar Mortgage LLC pa-bk@logs.com

Kevin S Frankel
on behalf of Creditor Nationstar Mortgage LLC as servicer for U.S. Bank National Association, as Trustee, successor to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Associ pa-bk@logs.com

Kevin S Frankel
on behalf of Creditor U.S. Bank National Association as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4 FHA/VA/RHS: Nationstar Mortgage LLC pa-bk@logs.com

Kimberly A Bonner
on behalf of Creditor Flagship Credit Acceptance kab@jsdc.com jnr@jsdc.com

Paul Donald Murphy-Ahles
on behalf of Debtor 1 Thomas Long III pmurphy@dplglaw.com, kgreene@dplglaw.com

Paul Donald Murphy-Ahles
on behalf of Debtor 2 Nakita T Long pmurphy@dplglaw.com kgreene@dplglaw.com

Rebecca Ann Solarz
on behalf of Creditor U.S BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

Sindi Mncina
on behalf of Creditor U.S. Bank National Association as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4 FHA/VA/RHS: Nationstar Mortgage LLC smncina@raslg.com

Sindi Mncina
on behalf of Creditor U.S BANK NATIONAL ASSOCIATION smncina@raslg.com

Thomas I Puleo
on behalf of Creditor U.S. Bank National Association as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4 FHA/VA/RHS: Nationstar Mortgage LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

William E. Craig
on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 20

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Thomas Long III,                                Chapter        13

   **Debtor 1**
                                                Case No.       1:16−bk−01851−HWV
Nakita T Long,

   **Debtor 2**


Social Security No.:
                     xxx−xx−3367              xxx−xx−2773

Employer's Tax I.D. No.:


# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: September 16, 2021                       By the Court,

                                                Honorable Henry W. Van Eck
                                                Chief Bankruptcy Judge
                                                By: ChristinaKovach, Deputy Clerk

**fnldec** (10/20)